| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Tara C Steele<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                        Tara C Steele                Signature of Debtor 1
                        Printed name of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                        Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    F 1002-1.EMP.INCOME.DEC

| Statement of Earnings For: | **Tara Steele** | | | | | | | Doffo Wines (0220CGCH) |
|---|---|---|---|---|---|---|---|---|
| Employee #: 196 | Division: 10 | Period Begin: 5/1/2023 | Check Date: 6/9/2022 | 36083 Summitville St |
| Clock Number: | Department: Controller | Period End: 5/25/2023 | | Temecula, CA 92592 |
| SSN: XXX-XX-7279 | Federal Filing: Head of House | Exemptions: N/A | Additional Tax: | |
| Company Id: 0220CGCH | State Filing: Head of House | Exemptions: 6 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V99416233 | $0.00 | $5,000.00 | $4,227.31 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 5,000.00 | 866.70 | 50,000.00 | SOC SEC EE | 310.00 | 3,100.00 | | | |
| | | | | | | MED EE | 72.50 | 725.00 | | | |
| | | | | | | FEDERAL WH | 150.08 | 2,450.33 | | | |
| | | | | | | CALIFORNIA WH | 195.11 | 2,050.91 | | | |
| | | | | | | CALIFORNIA SDI EE | 45.00 | 450.00 | | | |
| **Total:** | | 86.67 | 5,000.00 | 866.70 | 50,000.00 | **Total:** | 772.69 | 8,776.24 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 1.670000 | Taken: | 0.000000 | Balance: 64.700000 | Checking | Account: XXXXX8968 | Deposit Amount: | 4,227.31 |

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/31/2023 | V99416233 |

Your entire Net pay of $4,227.31 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$4,227.31 |

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Tara Steele** | | | | | | **Doffo Wines (0220CGCH)** | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 196 | Division: | 10 | Period Begin: | 6/19/2023 | Check Date: | 6/30/2023 | 36083 Summitville St |
| Clock Number: | | Department: | Controller | Period End: | 6/25/2023 | | | Temecula, CA 92592 |
| SSN: | XXX-XX-7279 | Federal Filing: | Head of House | Exemptions: | N/A | Additional Tax: | | |
| Company Id: | 0220CGCH | State Filing: | Head of House | Exemptions: | 6 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V100767263 | $0.00 | $5,000.00 | $4,239.53 | |

**EARNINGS** *Not included in Totals*

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Salary | | 86.67 | 5,000.00 | 1,040.04 | 60,000.00 |
| *Mile Reim | 57.6900 | 0.00 | 52.50 | 0.00 | 52.50 |
| **Total:** | | 86.67 | 5,000.00 | 1,040.04 | 60,000.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 305.64 | 3,715.64 |
| MED EE | 71.48 | 868.98 |
| FEDERAL WH | 133.19 | 2,733.60 |
| CALIFORNIA WH | 187.91 | 2,433.93 |
| CALIFORNIA SDI EE | 44.37 | 539.37 |
| **Total:** | 742.59 | 10,291.52 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Life - pre tax | 15.55 | 15.55 |
| Dental Pre Tax | 54.83 | 54.83 |
| **Total:** | 70.38 | 70.38 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation | Accrued: | 1.670000 | Taken: | 0.000000 | Balance: | 68.040000 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: XXXXX8968 | Deposit Amount: | 4,239.53 |

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/30/2023 | V100767263 |

Your entire Net pay of $4,239.53 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$4,239.53 |

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

**NOT NEGOTIABLE**

| Statement of Earnings For: | Tara Steele | | | | | | Doffo Wines (0220CGCH) | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 196 | Division: 10 | Period Begin: 6/26/2023 | Check Date: 7/14/2023 | 36083 Summitville St | | | | | |
| Clock Number: | Department: Controller | Period End: 7/10/2023 | | Temecula, CA 92592 | | | | | |
| SSN: XXX-XX-7279 | Federal Filing: Head of House | Exemptions: N/A | Additional Tax: | | | | | | |
| Company Id: 0220CGCH | State Filing: Head of House | Exemptions: 6 | Additional Tax: | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V101386387 | $0.00 | $5,000.00 | $4,187.04 | |

**EARNINGS**  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Salary | | 86.67 | 5,000.00 | 1,126.71 | 65,000.00 |
| *Mile Reim | | 0.00 | 0.00 | 0.00 | 52.50 |
| **Total:** | | **86.67** | **5,000.00** | **1,126.71** | **65,000.00** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 305.63 | 4,021.27 |
| MED EE | 71.48 | 940.46 |
| FEDERAL WH | 133.19 | 2,866.79 |
| CALIFORNIA WH | 187.91 | 2,621.84 |
| CALIFORNIA SDI EE | 44.37 | 583.74 |
| **Total:** | **742.58** | **11,034.10** |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Life - pre tax | 15.55 | 31.10 |
| Dental Pre Tax | 54.83 | 109.66 |
| **Total:** | **70.38** | **140.76** |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation | Accrued: | 1.670000 | Taken: | 0.000000 | Balance: | 69.710000 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: XXXXX8968 | Deposit Amount: | 4,187.04 |

---

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/14/2023 | V101386387 |

| TOTAL NET PAY |
|---|
| ******$4,187.04 |

Your entire Net pay of $4,187.04 has been deposited in your bank account(s).

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

**NOT NEGOTIABLE**

| Statement of Earnings For: | | Tara Steele | | | | | | Doffo Wines (0220CGCH) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 196 | Division: | 10 | Period Begin: | 5/26/2023 | Check Date: | 6/15/2023 | 36083 Summitville St | | |
| Clock Number: | | Department: | Controller | Period End: | 6/10/2023 | | | Temecula, CA 92592 | | |
| SSN: | XXX-XX-7279 | Federal Filing: | Head of House | Exemptions: | N/A | Additional Tax: | | | | |
| Company Id: | 0220CGCH | State Filing: | Head of House | Exemptions: | 6 | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V100065723 | $0.00 | $5,000.00 | $4,227.31 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 5,000.00 | 953.37 | 55,000.00 | SOC SEC EE | 310.00 | 3,410.00 | | | |
| | | | | | | MED EE | 72.50 | 797.50 | | | |
| | | | | | | FEDERAL WH | 150.08 | 2,600.41 | | | |
| | | | | | | CALIFORNIA WH | 195.11 | 2,246.02 | | | |
| | | | | | | CALIFORNIA SDI EE | 45.00 | 495.00 | | | |
| **Total:** | | 86.67 | 5,000.00 | 953.37 | 55,000.00 | **Total:** | 772.69 | 9,548.93 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 1.670000 | Taken: | 0.000000 | Balance: 66.370000 | Checking | | Account: XXXXX8968 | Deposit Amount: | 4,227.31 |

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/15/2023 | V100065723 |

| TOTAL NET PAY |
|---|
| ******$4,227.31 |

Your entire Net pay of $4,227.31 has been deposited in your bank account(s).

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

NOT NEGOTIABLE