United States Bankruptcy Court

Central District of California

In re:                                                                                               Case No. 23-13156-SY

Tara C Steele                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                         User: admin                                         Page 1 of 3

Date Rcvd: Oct 30, 2023                               Form ID: 318a                                 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tara C Steele, 38055 Debby Ln, Hemet, CA 92544-9795 |
| 41614399 | ++ | MERCEDES BENZ FINANCIAL SERVICES, 14327 HERITAGE PARKWAY #400, FORT WORTH TX 76177-3300 address filed with court:, MERCEDES BENZ FINANCIAL, 36455 CORPORATE DR, FARMINGTON HILLS, MI 48331 |
| 41614410 | + | TSC ACCOUNTS RECEIVABLE, 3900 S STONEBRIDGE DR, MC KINNEY, TX 75070-8052 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTAFREALY | Oct 31 2023 04:44:00 | Todd A. Frealy (TR), 3403 Tenth Street, Suite 709, Riverside, CA 92501-3641 |
| smg | | EDI: EDD.COM | Oct 31 2023 04:44:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 31 2023 04:44:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Oct 31 2023 04:44:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41614391 | | Email/Text: backoffice@affirm.com | Oct 31 2023 00:58:00 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 41614392 | | EDI: BANKAMER.COM | Oct 31 2023 04:44:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 41614393 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 31 2023 00:57:00 | CAINE & WEINER COMPANY, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 41614394 | + | EDI: CAPONEAUTO.COM | Oct 31 2023 04:44:00 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 41614395 | + | EDI: CCS.COM | Oct 31 2023 04:44:00 | CREDIT COLLECTION SERVICE, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 41614396 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2023 01:18:32 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 41614397 | + | EDI: AMINFOFP.COM | Oct 31 2023 04:44:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 41614398 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2023 01:06:54 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 41614400 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2023 01:07:08 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |

Case 6:23-bk-13156-SY    Doc 19    Filed 11/01/23    Entered 11/01/23 21:25:30    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: 318a | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 41614401 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2023 00:57:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE, TROY, MI 48083-1271 |
| 41614402 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2023 00:57:00 | MIDLAND FUNDING, 350 CAMINO DE LA REINA, SAN DIEGO, CA 92108-3007 |
| 41614403 | + | EDI: NAVIENTFKASMSERV.COM | Oct 31 2023 04:44:00 | NAVIENT, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 41614404 | + | EDI: LCIPHHMRGT | Oct 31 2023 04:44:00 | PHH MORTGAGE SERVICES, 1 MORTGAGE WAY, MOUNT LAUREL, NJ 08054-4624 |
| 41614405 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2023 01:06:54 | RESURGENT CAPITAL SERVICES, PO Box 10497, Greenville, SC 29603-0497 |
| 41614406 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 31 2023 00:57:00 | SPECIALIZED LOAN SERVICING, PO Box 636005, Littleton, CO 80163-6005 |
| 41614407 | + | EDI: WTRRNBANK.COM | Oct 31 2023 04:44:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 41614408 | | EDI: COMCASTCBLCENT | Oct 31 2023 04:44:00 | TELECOM SELF-REPORTED, Po Box 4500, Allen, TX 75013-1311 |
| 41614409 | + | Email/Text: nick@tscarsolutions.com | Oct 31 2023 00:57:00 | TSC A/R SOLUTIONS, 2701 LOKER AVE W STE 270, CARLSBAD, CA 92010-6639 |
| 41614411 | + | EDI: LCIUPSTART | Oct 31 2023 04:44:00 | UPSTART NETWORK INC., 2950 S DELAWARE ST STE 3, SAN MATEO, CA 94403-2580 |
| 41614412 | ^ | MEBN | Oct 31 2023 00:52:10 | UTILITY SELF-REPORTED, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 30, 2023 | Form ID: 318a | Total Noticed: 27 |

on behalf of Debtor Tara C Steele bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Todd A. Frealy (TR)

    taftrustee@lnbyb.com taf@trustesolutions.net

United States Trustee (RS)

    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tara C Steele<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7279<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 6:23-bk-13156-SY | |

# Order of Discharge – Chapter 7                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tara C Steele

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/30/23

**Dated:** 10/30/23

**By the court:**  Scott H. Yun
                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

17/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**